*E-Filed: June 9, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS,<br><br>    Defendant. | Case No. 15-cv-01809-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendant moves to dismiss the complaint and to strike a portion of the complaint. Dkt. Nos. 8, 9. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than June 5, 2015 either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: June 9, 2015

                                                                                            _____
                                                                                            Howard R. Lloyd
                                                                                           United States Magistrate Judge