UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STANFORD HOSPITAL AND CLINICS,<br>Plaintiff,<br>v.<br>PREMERA BLUE CROSS,<br>Defendant. | Case No. 15-cv-01809-BLF<br><br>**ORDER TERMINATING MOTIONS; DIRECTIONS TO PARTIES** |
|---|---|

The Court is in receipt of Plaintiff's Notice of Settlement filed June 12, 2015. ECF 16. In light of the notice, Defendant's Motion to Dismiss, ECF 8, and Motion to Strike, ECF 9, are hereby terminated as moot. The parties shall either file a stipulation of dismissal or provide the Court with a further status update by **no later than July 31, 2015.**

**IT IS SO ORDERED.**

Dated: June 15, 2015

BETH LABSON FREEMAN
United States District Judge