LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ.
        (SBN 113755)
BARRY SULLIVAN, ESQ.  (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ.
        (SBN 237883)
SHADI SHAYAN, ESQ.  (SBN 265467)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL & CLINICS, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, a California non-profit public benefit corporation,<br><br>  Plaintiff,<br><br> vs.<br><br>PREMERA BLUE CROSS, a Washington for profit-corporation,<br><br>  Defendants. | Case No.: 5:15-CV-01809 BLF<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED ORDER]** |

FC 10636CV       - 1 -    STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii). The parties further stipulate that, except as set forth in the June 24, 2015 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

Dated: July 8, 2015

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

/s/ Shadi Shayan
_____
SHADI SHAYAN
Attorneys for
STANFORD HOSPITAL & CLINICS, a
California non-profit public benefit
corporation

Dated: July 8, 2015

VON BEHREN & HUNTER LLP

/s/ Joann V. Lee
_____
JOANN V. LEE
Attorneys for
PREMERA BLUE CROSS

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Pursuant to Rules 41(a)(1)(A)(ii), 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed in its entirety with prejudice, with each party to bear his or its own costs, attorney fees and expenses.

Date: July 8, 2015

*/s/ Beth Labson Freeman*
Hon. Beth Labson Freeman
United States District Judge